UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GINA M. PEARCE, as Guardian of distributees of
Kristin Mary Palumbo Longo (deceased) and
Administratrix of the Estate of Kristin Mary Palumbo
Longo (deceased); STEPHEN L. PEARCE, as
Guardian of distributees of Kristin Mary Palumbo
Longo (deceased); and JOSEPH LONGO, as a
distributee of Kristin Mary Palumbo Longo (deceased),

                        Plaintiffs,          6:10-CV-1569

    v.

ESTATE OF OFFICER JOSEPH A. LONGO, JR.,
Individually and as a former member of the Utica
Police Department; DANIEL LABELLA, Individually,
as a member of the Utica Police Department, and as
Commissioner of Public Safety; DAVID ROEFARO,
Individually and as Mayor of the City of Utica; CITY
OF UTICA; CITY OF UTICA POLICE DEPARTMENT;
and JOHN/JANE DOE,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                 OF COUNSEL:

OFFICE OF JOHN W. DILLON           JOHN W. DILLON, ESQ.
Attorney for Plaintiffs
44 Oxford Road
New Hartford, NY 13413

OFFICE OF CORPORATION COUNSEL    JOHN P. ORILIO, ESQ.
CITY OF UTICA
Attorneys for Defendants LaBella, Roefaro,
   the City of Utica, and the Utica Police
   Department
One Kennedy Plaza
Utica, NY 13502

DAVID N. HURD
United States District Judge

**O R D E R**

Pursuant to the mandate of the United States Court of Appeals for the Second Circuit dated April 12, 2012, it is ORDERED that defendant David Roefaro is DISMISSED with prejudice, and the Clerk of the Court is directed to enter judgment in his favor.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   April 26, 2012
         Utica, New York.