# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

GINA M. PEARCE, as Guardian of distributees of Kristin Mary Palumbo Longo (deceased) and Administratrix of the Estate of Kristin Mary Palumbo Longo (deceased); STEPHEN L. PEARCE, as Guardian of distributees of Kristin Mary Palumbo Longo (deceased); and JOSEPH LONGO, as a distributee of Kristin Mary Palumbo Longo (deceased),

  Plaintiff(s)

vs.              **CASE NUMBER: 6:10-cv-1569**

**ESTATE OF OFFICER JOSEPH A. LONGO**, Individually and as a former member of the Utica Police Department; DANIEL LABELLA, Individually and as a member of the Utica Police Department, and as Commissioner of Public Safety; DAVID ROEFARO, Individually and as Mayor of the City of Utica; CITY OF UTICA; CITY OF UTICA POLICE DEPARTMENT; and JOHN/JANE DOE,

  Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED That the defendant David Roefaro is DISMISSED with prejudice, pursuant to the order of the Honorable Judge David N. Hurd, dated the 26th day of April, 2012.

DATED: April 26, 2012

*[Signature]*
Clerk of Court

         s/
      Christine Mergenthaler
      Deputy Clerk