# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE





DEC 20 2013

GINA M. PEARCE, as Guardian of
distributees of Kristin Mary Palumbo
Longo (deceased) and Administratrix
of the Estate of Kristin Mary Palumbo
Longo (deceased), et al.

-vs-   CASE NUMBER: 6:10-CV-1569

DANIEL LABELLA, et al.

The Court has been advised that this action has settled.  Upon review of the parties' representations in open court on this date in Utica, New York, it is determined that the terms of the settlement, including a payment of two million dollars to the plaintiffs, are fair, reasonable, and appropriate.  Accordingly, pursuant to Local Rule 68.2(a), it is hereby

ORDERED that:

1. The above captioned case is DISMISSED in its entirety subject to re-opening on the motion of any party upon a showing that the settlement was not consummated;

2. The trial scheduled for January 13, 2014, is canceled subject to being rescheduled if the settlement is not consummated; and

3. The Clerk of the Court shall serve by electronic means copies of this Judgment upon the attorneys for the parties appearing in this action.

IT IS SO ORDERED.

_____
United States District Judge

DATED: December 20, 2013
Utica, New York